JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California corporation

**DEFENDANTS** STOREBOUND LLC, a New York limited liability company,

**(b)** County of Residence of First Listed Plaintiff AUSTRALIA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant STATE OF NEW YORK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

1783 JSC

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Squire Sanders (US) LLP
275 BATTERY STREET, SUITE 2600 SF, CA 94111
Tel (415) 954-0200 Fax (415) 393-9887

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 35 U.S.C. §271
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE" JUDGE DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)**
**(Place an "X" in One Box Only)** ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE ☐ EUREKA

DATE April 10, 2012 SIGNATURE OF ATTORNEY OF RECORD

SQUIRE SANDERS (US) LLP
Nathan Lane III (State Bar #50961)
Email: nathan.lane@squiresanders.com
Joseph A. Meckes (State Bar #190279)
Email: joseph.meckes@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Plaintiffs
Breville Pty Limited and Breville USA, Inc.

ORIGINAL

E-filing

FILED
APR 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BREVILLE PTY LIMITED,
an Australia proprietary company,

and

BREVILLE USA, INC.,
a California corporation,

Plaintiff,

vs.

STOREBOUND LLC,
a New York limited liability company,

Defendant.

CV Case No. 12 1783

**COMPLAINT**

**JURY TRIAL DEMANDED**

**COMPLAINT**

Breville Pty Limited ("BPL") and Breville USA, Inc. ("BUSA") (collectively "the Breville Plaintiffs") bring this Complaint for patent infringement against Storebound LLC ("Storebound"), and allege as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 et seq., and seeking damages and injunctive relief under 35 U.S.C. §§ 271, 281, 283-285 and 289.

**THE PARTIES**

2. Plaintiff BPL is a proprietary company organized and existing under the laws of Australia.

3. Plaintiff BUSA is a corporation organized and existing under the laws of the State of California.

4. Upon information and belief, Defendant Storebound is a limited liability company organized and existing under the laws of the State of New York with its principal place of business located in Port Washington, New York.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Storebound because Storebound sells and offers for sale in California electronic fruit and vegetable juicers that infringe United States Patent Numbers 5,479,851 and D439,808 S, as further alleged below.

7. Venue is proper in this judicial district based on 28 U.S.C. § 1400(b) and/or 28 U.S.C. § 1391(b) and (c).

**BACKGROUND**

8. On January 2, 1996, the United States Patent & Trademark Office issued United States Patent Number 5,479,851 ("the '851 Patent"), entitled Fruit and Vegetable Juicer. A true copy of the '851 Patent is attached as Exhibit A.

9. On April 3, 2001, the United States Patent & Trademark Office issued United States Design Patent Number D439,808 S ("the '808 Design Patent"), entitled Juicer. A true copy of the '808 Design Patent is attached as Exhibit B.

10. BPL is the owner by assignment of all right, title, and interest in and to the '851 Patent and possesses all rights of recovery under the '851 Patent, including the right to sue for infringement and recourse for damages.

11. BPL is the assignee of all right, title, and interest in and to the '808 Design Patent and possesses all rights of recovery under the '808 Design Patent, including the right to sue for infringement and recourse for damages.

12. BUSA is the exclusive licensee in the United States of the right to sell products in the United States that embody the inventions set forth in the '851 Patent and the design set forth in the '808 Design Patent.

13. BUSA is the exclusive distributor in the United States of Breville® branded small kitchen appliances, such as espresso machines, toasters, breadmakers, food processors and fruit and vegetable juicers. The Breville® brand is considered one of the most premium and innovative kitchen appliance brands in the world.

14. Storebound sells, offers for sale, and imports into the United States electronic fruit and vegetable juicers bearing the product name JB001 CM. Storebound sells the JB001 CM fruit and vegetable juicer under the brand name "Dash" at major retail establishments throughout the United States, including dozens of such establishments in this judicial district.

15. Storebound competes directly against the Breville Plaintiffs for the sale of electronic fruit and vegetable juicers in major retail establishments across the United States, including at dozens of such establishments in this judicial district.

16. The Breville Plaintiffs have never authorized Storebound to manufacture, sell, offer for sale, use or import into the United States products falling within the scope of the '851 Patent or '808 Design Patent.

**COUNT I**

(Patent Infringement, 35 USC §271(a))

17. The Breville Plaintiffs repeat the allegations in paragraphs 1-16.

18. The ongoing importation, sale and/or offer for sale by Storebound of the JB001 CM fruit and vegetable juicer directly infringes claims 1, 3, 4 and 5 of the '851 patent. Attached hereto as Exhibit C is a chart showing where each limitation of each asserted claim is found in the Storebound JB001 CM fruit and vegetable juicer.

19. As a direct and proximate consequence of Storebound's actions, the Breville Plaintiffs have suffered monetary damages in an amount to be determined at trial.

20. As a direct and proximate consequence of Storebound's actions, the Breville Plaintiffs will continue to suffer irreparable injury unless and until Storebound is enjoined from infringing the '851 patent.

**COUNT II**

(Patent Infringement, 35 USC §271(a))

21. The Breville Plaintiffs repeat the allegations in paragraphs 1-16.

22. The ongoing manufacture, importation, use, sale and/or offer for sale by Storebound of the JB001 CM fruit and vegetable juicer directly infringes the '808 Design Patent. Attached hereto as Exhibit D are six photographs of the Storebound JB001 CM fruit and vegetable juicer corresponding to the six figures in the '808 Design Patent.

23. As a direct and proximate consequence of Storebound's infringement, the Breville Plaintiffs have suffered monetary damages in an amount to be determined at trial.

24. As a direct and proximate consequence of Storebound's actions, the Breville Plaintiffs will continue to suffer irreparable injury unless and until Storebound is enjoined from infringing the '808 Design Patent.

**PRAYER FOR RELIEF**

WHEREFORE, the Breville Plaintiffs respectfully request all legal and equitable relief as may be recoverable for the foregoing offenses, including:

(a) a judgment that Storebound infringes claims 1, 3, 4 and 5 of the '851 Patent;

(b) a judgment that Storebound infringes the '808 Design Patent;

(c) a permanent injunction enjoining Storebound, its officers, agents, servants, employees, successors, subsidiaries, and all persons acting under, in concert with, or for it, from directly or indirectly making or causing to be made, using or causing to be used, selling or causing to be sold, offering for sale or causing to be offered for sale, or importing or causing to be imported products that fall within the scope

of claims 1, 3, 4 and 5 of the '851 Patent, or otherwise directly or indirectly infringing, the '851 Patent;

(d) a permanent injunction enjoining Storebound, its officers, agents, servants, employees, successors, subsidiaries, and all persons acting under, in concert with, or for it, from directly or indirectly making or causing to be made, using or causing to be used, selling or causing to be sold, offering for sale or causing to be offered for sale, or importing or causing to be imported products that embody the '808 Design Patent, or otherwise directly or indirectly infringing, the '808 Design Patent;

(e) an order requiring Storebound, its officers, agents, servants and employees to recall and destroy all products infringing, directly or otherwise, claims 1, 3, 4 and 5 of the '851 patent;

(f) an order requiring Storebound, its officers, agents, servants and employees to recall and destroy all products that embody the '808 Design Patent;

(g) an award of damages adequate to compensate the Breville Plaintiffs for the infringement of the '851 Patent, together with prejudgment and post-judgment interest thereon at the highest rate allowable at law until paid in full, and costs fixed by the Court, as provided by 35 U.S.C. § 284;

(h) an award of damages adequate to compensate the Breville Plaintiffs for Storebound's infringement and/or an award of Storebound's profits attributable to the infringement of the '808 Design Patent, together with prejudgment and post-judgment interest thereon at the highest rate allowable at law until paid in full, and costs fixed by the Court, as provided by 35 U.S.C. §§ 284, 289;

(i) a declaration that this is an exceptional case and that the Breville Plaintiffs be granted its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

(j) a grant to the Breville Plaintiffs of such further relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, the Breville Plaintiffs demand a trial by jury on all issues so triable.

Dated: April 10, 2012

SQUIRE SANDERS (US) LLP

By: [signature]
Joseph A. Meckes

Attorneys for Plaintiffs
Breville Pty Limited and Breville USA, Inc.

# EXHIBIT A

US005479851A

**United States Patent** [19]
**McClean et al.**

[11] **Patent Number: 5,479,851**
[45] **Date of Patent: Jan. 2, 1996**

[54] **FRUIT AND VEGETABLE JUICER**

[75] Inventors: **Stephen J. McClean**, Beverly Hills; **Richard W. Yallop**, Hurstville, both of Australia

[73] Assignee: **Breville Pty Ltd.**, Pyrmont, Australia

[21] Appl. No.: **433,606**

[22] Filed: **May 3, 1995**

[30] **Foreign Application Priority Data**

May 25, 1994 [AU] Australia ................................ PM5869
Feb. 13, 1995 [AU] Australia ................................ PN1087

[51] **Int. Cl.**[6] ................................ **A23N 1/02**
[52] **U.S. Cl.** ................................ **99/512**; 99/513; 210/360.1
[58] **Field of Search** ................................ 99/495, 510–513, 99/509, 484, 536; 210/360.1, 380.1, 369; 241/37.5, 92, 282.1, 282.2; 366/314, 601; 100/116

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,109,048 | 2/1938 | Lorenzen | 99/512 |
| 2,273,093 | 2/1942 | Drachenberg | 99/511 |
| 2,302,138 | 11/1942 | Nicholson | 99/512 |
| 2,311,379 | 2/1943 | Gillanders | 99/512 |
| 2,325,779 | 8/1943 | Kraber | 99/512 |
| 2,481,010 | 9/1949 | Gundelfinger | 99/512 |
| 2,527,695 | 10/1950 | Bennett | 99/511 |
| 4,183,293 | 1/1980 | Arao et al. | 99/513 |
| 4,345,517 | 8/1982 | Arao et al. | 99/511 |
| 4,681,031 | 7/1987 | Austad | 99/511 |
| 4,700,621 | 10/1987 | Elger | 99/511 |
| 5,031,522 | 7/1991 | Brixel et al. | 210/360.1 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0377111 | 7/1990 | European Pat. Off. | 99/511 |

*Primary Examiner*—Timothy F. Simone
*Attorney, Agent, or Firm*—Michael J. Striker

[57] **ABSTRACT**

A fruit and vegetable juicer has a rotatable horizontal grating disc integral with and surrounded by a substantially frusto-conical filter sieve the sides of which project upwardly and outwardly from the grating disk, a feed tube arranged above the disc and a food pusher insertable into the tube to press food down on to the grating disc for grating, pulp and juice thereby produced flying upwardly and outwardly, the juice passing through the filter and the pulp passing over the filter for subsequent collection. The juicer is characterized in that the feed tube has an internal diameter substantially the same as that of the grating disc, there being provided in the tube a knife or knives having an upwardly directed cutting edge, the knife or knives being attached to and supported by the tube, the food pusher being bifurcated or otherwise shaped to pass downwardly past the knife or knives, downward movement thereof causing an article of food to be cut by the cutting edge or edges of the knife or knives and pressed onto the grating disc, the food being held against rotation by the knife or knives.

**8 Claims, 5 Drawing Sheets**



FIG. 1






FIG. 2




FIG. 3




FIG. 4




FIG. 5

# FRUIT AND VEGETABLE JUICER

## BACKGROUND OF THE INVENTION

The present invention relates to a fruit and vegetable juicer of the kind in which a fruit or vegetable to be juiced is forced downwardly onto a rotating horizontal disc having grating teeth. The horizontal disc is circular and is mounted for rotation about a vertical axis. It is integral with and surrounded by a frusto-conical sieve. Juice is extracted from a fruit or vegetable by pressing it onto the rotating disc which grates material from the surface of the fruit or vegetable at the same time releasing the juice. The grated material or pulp and the juice are thrown upwardly and outwardly by centrifugal force against the sloping surface of the filter. The pulp carries on over the edge of the filter and is caught in a suitable receptacle. The finely filtered juice passes through the filter into another receptacle.

Such fruit and vegetable juicers are well known and function satisfactorily. All those available on the market do however have one drawback and that is that it has not been hitherto possible to make full use of the circular grating surface of the disc because it is necessary to reduce the size of the passage through which the material to be juiced is fed to the grating disc in order to ensure that the material is held against rotation with the disc. For this reason existing fruit and vegetable juicers are not as efficient as they might be.

## SUMMARY OF THE INVENTION

The object of the present invention is to provide a fruit and vegetable juicer of the kind set forth in which full use can be made of the entire grating surface of the disc.

The present invention consists in a fruit and vegetable juicer of the kind comprising a rotatable substantially horizontal grating disc integral with and surrounded by a substantially frusto-conical sieve the sides of which project upwardly and outwardly from the grating disk, a feed tube arranged above the disc and a food pusher insertable into the tube to press food down on to the grating disc for grating, pulp and juice thereby produced flying upwardly and outwardly, the juice passing through the filter and the pulp passing over the filter for subsequent collection characterised in that the feed tube has an internal diameter substantially the same as that of the grating disc, there being provided in the tube a knife or knives having an upwardly directed cutting edge, the knife or knives being attached to and supported by the tube the food pusher being bifurcated or otherwise shaped to pass downwardly past the knife or knives, downward movement thereof causing an article of food to be cut by the cutting edge or edges of the knife or knives and pressed onto the grating disc, the food being held against rotation by the knife or knives.

It is preferred that the grating disc has at its centre means for abrading or otherwise removing that part of the fruit or vegetable lying on the axis or close to the axis of the grating disc.

While it is preferred that the grating dish should be flat, it may be frusto-conical sloping up towards the middle.

In order that the nature of the invention may be better understood, a preferred form thereof is hereinafter described, by way of example, with reference to the accompanying drawings:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view showing the external appearance of a fruit and vegetable juicer incorporating the invention;



FIG. **2** is a cross-sectional view through the center of the feed tube;

FIG. **3** is a view similar to FIG. **2** showing the apparatus in use;

FIG. **4** is an enlarged perspective view of a portion of the machine showing the shape of the knife; and

FIG. **5** is a view similar to FIG. **4** showing an alternative form of construction.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The fruit and vegetable juicer shown in FIG. **1** consists of a casing **10** which accommodates the working parts of the apparatus including an electric motor **11**. Associated with the casing **10** is a removable juice receptacle **12**.

The motor **11** drives the shaft **11**a which drives a grating disc **13** at high speed. The grating disc is integral with and surrounded by a sieve member **14** that is generally frusto-conical in shape and which is provided on its sloping surface with very fine openings through which juice can pass. The sieve member **14** may be made of very fine mesh expanded stainless steel. This has been found to give superior results to the type of material conventionally used, particularly in its ability to shed fibres and not clog.

The casing **10** has a cover **15** which is formed integrally with a feed tube **16**. The casing **10** also accommodates a fibre collecting container indicated at **12***a*. The majority of features described to this point are generally conventional and are to be found in most fruit and vegetable juicers.

A juicer according to the present invention is distinguished by the fact that the internal diameter of the feed tube **16** is substantially the same as the diameter of the grating disc **13**. While from the functional point of view it is not necessary for the feed tube **16** to be the same as the diameter of the grating disc, as the main object of the invention is to enable as much of the grating disc to be used as possible it is clearly desirable that the area covered by the feed tube should be as large as possible. Preferably the feed tube **16** is slightly smaller at its upper end than further down. This ensures that any piece of fruit that can be introduced into the upper end of the tube can pass freely down it.

In one form of construction according to the present invention there is provided in the tube **16** a knife **17** which is preferably a stainless steel member having a sharpened upper edge **18**. In the particular forms of the invention illustrated the upper edge **18** is V-shaped. While it is preferred that the knife **17** should extend across the feed tube for reasons of strength this is not absolutely necessary and the knife or knives may take any form in which it or they is or are effective to hold a fruit or vegetable against rotation provided that it is or they are held against rotation by being attached to and supported by the tube **16**.

In the preferred embodiment the feed tube **16** is provided with a series of longitudinally extending grooves separated by intervening lands to reduce friction on fruit or vegetables being introduced into the tube **16**.

In order to push food down on to the grating disc **13** there is provided a food pusher **19** and as is best seen in FIGS. **2** and **3**, the food pusher **19** is bifurcated to leave a central space **20** so that when it is pushed down it passes on either side of the knife **17**. To assist in correct orientation of the food pusher **19** in the guide tube **16**, the food pusher is provided with a lug (not shown) which runs in a groove (not shown) provided in the feed tube **16**.

Experimental work has shown that the grating disc is not entirely effective in abrading the central part of any food or vegetable lying on or close to the axis of the grating disc due to the relatively slow linear speed of points on the disc near the axis. It has been found that superior results can be obtained by providing at the center of the disc an additional means for abrading the central part of the fruit or vegetable. In the embodiments of the invention shown this is accomplished by means of a triangular piece of steel **23** arranged at the center of the grating disc **13** and having sharpened upper edges. In the preferred embodiments this is accommodated by providing a V shaped aperture **24** in the knife **17**.

In use, an item of food such as for example an apple, is inserted in the feed tube **16**. The food pusher **19** is then inserted on top of it and pushes the apple or other item of foodstuff on to the edge **18** which cuts it into two halves which move downwardly on either side of the knife **17** and are then prevented from rotating and are pressed on to the grating disc **13** by downward pressure on the food pusher. The action of the grating disc **13** is to grate the apple to produce both juice and pulp. As is best seen in FIG. **3** the juice passes through the filter **14** and down into the juice receptacle **12** as illustrated. The pulp or fibre passes, by centrifugal force, over the edge of the filter **14** into the receptacle **17** as shown in FIG. **1**. The bottom surface of the food pusher **19** is made smooth to facilitate cleaning.

As seen in FIG. **1**, the casing **10** has external manually operable control knobs **25** and **26**. The knob **25** controls a lock (not shown) which holds the cover **15** of the casing **10** in place. Turning the knob **25** enables the cover **15** to be removed. It simultaneously disconnects the electrical supply to the motor so that the apparatus cannot be operated with the cover **15** removed. The other knob **26** is an on/off switch controlling the electrical supply to the motor **11**.

The significant feature of the construction is that substantially the whole area of the grating disc is available for use whereas in presently available constructions only a portion of this area can be used at any one time due to the necessity for providing some means of holding the foodstuff being juiced against rotation.

In the case of the present invention this function is performed by the knife **17**.

As stated above, the knife may take various forms. An alternative form is illustrated in FIG. **5** in which the grating disc **27** is conical in shape its surface sloping up to its axis. In this construction, the knife is in two parts **28***a* and **28***b* each secured to the side of the tube **16** and each having a sharpened upper cutting surface. The food pusher is suitably shaped to enable it to pass the knives **28**a and **28**b. It has been found that this arrangement is particularly effective in dealing with elongated foodstuff such as carrots, the ends of which are held by the portions of the knife against rotating while being abraded by the disc **27**.

It will be appreciated by persons skilled in the art that numerous variations and/or modifications may be made to the invention as shown in the specific embodiments without departing from the spirit or scope of the invention as broadly claimed. The present embodiments are, therefore, to be considered in all respects as illustrative and not restrictive.

It will be understood that each of the elements described above, or two or more together, may also find a useful application in other types of constructions differing from the types described above.

While the invention has been illustrated and described as embodied in a fruit and vegetable juicer, it is not intended to be limited to the details shown, since various modifications and structural changes may be made without departing in any way from the spirit of the present invention.

Without further analysis, the foregoing will so fully reveal the gist of the present invention that others can, by applying current knowledge, readily adapt it for various applications without omitting features that, from the standpoint of prior art, fairly constitute essential characteristics of the generic or specific aspects of this invention.

What is desired to be protected by Letters Patent is set forth in the appended claims.

We claim:

**1**. A fruit and vegetable juicer, comprising a horizontal grating disc rotatable about a substantially vertical axis; a substantially frusto-conical filter sieve surrounding said grating disc and being integral with said grating disc, said filter sieve having sides which project upwardly and outwardly from said grating disc; a feed tube arranged above said grating disc; a food pusher insertable into said feed tube and pressing fruit and vegetable down onto said grating disc for grating so that pulp and juice thereby produced fly upwardly and outwardly and the juice pass through said filter sieve while the pulp pass over said filter sieve for subsequent collection, said feed tube having an internal diameter which is substantially equal to a diameter of said grating disc; at least one knife provided in said feed tube and having an upwardly directed cutting edge, said at least one knife being attached to and supported by said feed tube, said food pusher being formed so as to pass downwardly past said at least one knife so that a downward movement of said food pusher causes fruit and vegetables to be cut by said cutting edge of said at least one knife and pressed onto said grating disc, while said fruit and vegetable is held against rotation by said at least one knife.

**2**. A fruit and vegetable juicer as defined in claim **1**, wherein said tube is provided with a plurality of such knives, said food pusher being formed so as to pass downwardly past said plurality of knives.

**3**. A fruit and vegetable juicer as defined in claim **1**, wherein said food pusher is bifurcated so as to pass downwardly past said at least one knife.

**4**. A fruit and vegetable juicer as defined in claim **1**; and further comprising a grating dish having an axis, said grating dish having a center and being provided at said center with means for removing part of fruit or vegetable lying at least close to said axis of said grating dish.

**5**. A fruit and vegetable juicer as defined in claim **4**, wherein said means for removing of said grating dish is formed as a means for abrading part of the fruit or vegetable.

**6**. A fruit and vegetable juicer as defined in claim **4**, wherein said means for removing include a triangular piece having sharpened upper edges sloping upwardly to said axis of said grating disc.

**7**. A fruit and vegetable juicer as defined in claim **6**, wherein said triangular piece is composed of steel.

**8**. A fruit and vegetable juicer as defined in claim **1**, wherein said at least one knife includes at least two separate parts each attached to said feed tube and projecting into said tube, said grating disc being conical and having a surface sloping upwardly toward said axis.

* * * * *

# EXHIBIT B

US00D439808S

(12) **United States Design Patent** (10) **Patent No.: US D439,808 S**
**McClean et al.** (45) **Date of Patent: ** Apr. 3, 2001**

(54) **JUICER**

(75) Inventors: **Stephen J. McClean**, Narwee; **Richard W. Yallop**, Loftus, both of (AU)

(73) Assignee: **Breville Pty Ltd** (AU)

(**) Term: **14 Years**

(21) Appl. No.: **29/121,887**

(22) Filed: **Apr. 14, 2000**

(51) **LOC (7) Cl.** .......... **31-00**
(52) **U.S. Cl.** .......... **D7/665**
(58) **Field of Search** .......... D7/665, 666, 373, D7/374, 381, 384; 99/495, 499, 501–506, 509–513; 241/33, 36, 37, 282.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 333,595 | * | 3/1993 | Lamson et al. | D7/665 |
| D. 343,097 | * | 1/1994 | Cesari et al. | D7/665 |
| 4,440,074 | * | 4/1984 | Ihara et al. | 99/510 |
| 4,941,403 | | 7/1990 | Cimenti . | |

OTHER PUBLICATIONS

One page photograph of potential prior art "juicer" device (undated).

* cited by examiner

*Primary Examiner*—Terry A. Wallace
(74) *Attorney, Agent, or Firm*—Dority & Manning

(57) **CLAIM**

The ornamental design for a juicer, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevation view of a juicer showing our new design;
FIG. 2 is a right side elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.

**1 Claim, 5 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# EXHIBIT C

# COMPARISON OF PATENT NO. 5,479,851 TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") | |
|---|---|---|
| 1. A fruit and vegetable juicer, comprising | According to the product's packaging and Instructions (Ex. D), the Juicer (FIG. 1) is a fruit and vegetable juicer.<br><br>The Instructions included with the device state "[o]nly use fruit and vegetables with this product". |   FIG. 1 |
| a horizontal grating disc rotatable about a substantially vertical axis; | FIG. 2 shows the Juicer's grating disc.<br><br>When the Juicer is turned on, the grating disc rotates about a substantially vertical axis. |   FIG. 2 |



SANFRANCISCO/439599.3

# COMPARISON OF PATENT NO. 5,479,851
# TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") |
| --- | --- |
| a substantially frusto-conical filter sieve surrounding said grating disc and being integral with said grating disc, said filter sieve having sides which project upwardly and outwardly from said grating disc; | Referring to FIG. 3, a substantially frusto-conical filter sieve surrounds the grating disc. The filter sieve has sides which project upwardly and outwardly from the grating disc.<br><br>The grating disc is integral with the filter sieve. The two pieces are secured to each other by three threaded fasteners<br><br>FIG. 4 shows the filter sieve and grating disc when removed from the Juicer's main housing. This piece is called the "Mesh filter/Cutting disk". *See* page 2 of Ex. D. |






SANFRANCISCO/439599.3

# COMPARISON OF PATENT NO. 5,479,851
# TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") | |
|---|---|---|
| a feed tube arranged above said grating disc; | FIGS. 5 and 6 show the Juicer's feed tube (transparent) arranged above the grating disc. |  |
| a food pusher insertable into said feed tube and pressing fruit and vegetable down onto said grating disc for grating so that pulp and juice thereby produced fly upwardly and outwardly and the juice pass through said filter sieve while the pulp pass over said filter sieve for subsequent collection, | FIG. 5 shows the food pusher inserted into the feed tube. Fruit and vegetable are fed into the feed tube using the food pusher. *See* page 1 of Ex. D (instructing the user to always use the food pusher to feed food into the Juicer).<br><br>The food pusher presses the fruit and vegetable onto the grating disc for grating so that pulp and juice thereby produced fly upwardly and outwardly.<br><br>FIG. 6 illustrates the flow of pulp and juice from fruit and vegetable as the grating disc rotates. The juice passes through the filter sieve and into the juice pitcher while the pulp passes over the filter sieve and into the pulp collector. |  |



SANFRANCISCO/439599.3

# COMPARISON OF PATENT NO. 5,479,851 TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") | |
|---|---|---|
| said feed tube having an internal diameter which is substantially equal to a diameter of said grating disc; | An internal diameter of the Juicer's feed tube is substantially equal to a diameter of the grating disc (feed tube diameter is approximately 8.5 cm; and grating disc diameter is approximately 9 cm).<br><br>FIG. 7 shows the lower end of the feed tube (i.e., the end of the feed tube disposed near the grating disc in FIG. 6), the grating disc and filter sieve. | <br>FIG. 7 |
| at least one knife provided in said feed tube and having an upwardly directed cutting edge, said at least one knife being attached to and supported by said feed tube, | FIG. 8 shows the Juicer's feed tube lower end. There is a knife attached to, and supported by the feed tube. The knife has an upwardly directed cutting edge. | <br>FIG. 8 |

# COMPARISON OF PATENT NO. 5,479,851 TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") | |
|---|---|---|
| said food pusher being formed so as to pass downwardly past said at least one knife so that a downward movement of said food pusher causes fruit and vegetables to be cut by said cutting edge of said at least one knife and pressed onto said grating disc, while said fruit and vegetable is held against rotation by said at least one knife. | FIG. 9 shows the lower end of the feed tube with the food pusher partially inserted therein.<br><br>The food pusher is formed to pass downwardly (i.e., in the direction of the arrow in FIG. 9) past the knife.<br><br>A downward movement of the food pusher is capable of causing the knife to cut the fruit and vegetable and press the fruit and vegetable onto the grating disc, while the fruit and vegetable is held against rotation by the knife. |   FIG. 9 |
| 3. A fruit and vegetable juicer as defined in claim 1, wherein said food pusher is bifurcated so as to pass downwardly past said at least one knife. | FIG. 10 shows the bottom end of the food pusher. The bifurcation allows the food pusher to pass downwardly past the knife. |   FIG. 10 |



SANFRANCISCO/439599.3

# COMPARISON OF PATENT NO. 5,479,851 TO STOREBOUND JB001 CM PRODUCT

| Claims of U.S. Pat. No. 5,479,851 | Storebound JB001 CM fruit and vegetable juicer ("Juicer") | |
|---|---|---|
| 4. A fruit and vegetable juicer as defined in claim 1; and further comprising a grating dish having an axis, said grating dish having a center and being provided at said center with means for removing part of fruit or vegetable lying at least close to said axis of said grating dish. | [Note: Claims 4 and 5 include a typographical error. These claims recite "dish" instead of "disc"]<br><br>The Juicer's grating disc includes a pair of metal flanges having sharp edges. These flanges are located near the center of the grating disc. A close-up of the flanges is shown in FIG. 11.<br><br>When the grating disc rotates to grate fruit and vegetable (FIG. 6) the flanges remove part of the fruit and vegetable lying at least close to the center of the grating disc.<br><br>The flanges remove part of the fruit and vegetable lying at least close to the center of the grating disc by abrading the fruit and vegetable. | <br><br>FIG. 11 |
| 5. A fruit and vegetable juicer as defined in claim 4, wherein said means for removing of said grating dish is formed as a means for abrading part of the fruit or vegetable. | | |



SANFRANCISCO/439599.3

# EXHIBIT D

# COMPARISON OF DESIGN PATENT NO D439,808 TO STOREBOUND JB001 CM PRODUCT



FIG. 1 of U.S. Des. Pat. No. D439,808




Storebound JB001 CM fruit and vegetable juicer

# COMPARISON OF DESIGN PATENT NO D439,808 TO STOREBOUND JB001 CM PRODUCT



FIG. 2 of U.S. Des. Pat. No. D439,808



Storebound JB001 CM fruit and vegetable juicer



SANFRANCISCO/439729

# COMPARISON OF DESIGN PATENT NO D439,808 TO STOREBOUND JB001 CM PRODUCT



FIG. 3 of U.S. Des. Pat. No. D439,808



Storebound JB001 CM fruit and vegetable juicer

# COMPARISON OF DESIGN PATENT NO D439,808 TO STOREBOUND JB001 CM PRODUCT



FIG. 4 of U.S. Des. Pat. No. D439,808



Storebound JB001 CM fruit and vegetable juicer

# COMPARISON OF DESIGN PATENT NO D439,808 TO STOREBOUND JB001 CM PRODUCT



FIGS. 5 and 6 of U.S. Des. Pat. No. D439,808



Storebound JB001 CM fruit and vegetable juicer