SQUIRE SANDERS (US) LLP
Nathan Lane, III (State Bar # 50961)
 Email: nathan.lane@squiresanders.com
Joseph Meckes (Stat Bar # 190279)
 Email: joseph.meckes@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Plaintiff
Breville Pty Limited and Breville USA, Inc.

LAW OFFICES OF JEFFREY P. WIDMAN
Jeffrey P. Widman (State Bar #58628)
 Email: jpwidman@comcast.net
Timothy D. Widman (State Bar # 189182)
 Email: tdwidmanesq@comcast.net
101 Race Street, Suite 100
San Jose, CA 95126-3041
Telephone: +1 408 288 6777
Facsimile: +1 408 288 7668

Attorneys for Defendant
Storebound LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOREBOUND LLC, a New York limited liability company,<br><br>Defendant. | Case No. CV-12-01783 JSW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
Case No. CV 12-1783 JSW

1  The parties, pursuant to Local Rules 7-12 and 16-2, stipulate and respectfully request that
2  the Case Management Conference currently scheduled for August 3, 2012 at 1:30 p.m. be
3  continued to August 31, 2012, at 1:30 p.m. or as soon thereafter as may be convenient to the
4  Court, with the parties to file a joint case management statement no later than five (5) court days
5  prior to the conference.
6  At this time, the parties are engaging in productive settlement discussions. The parties'
7  representatives and counsel met in person in New York on July 12, 2012 for approximately four
8  hours and reached agreement in principle on certain terms and are working diligently to resolve
9  their remaining differences. The parties believe the requested continuance will facilitate informal
10 resolution of the dispute.

Respectfully submitted,

Dated: July 23, 2012            SQUIRE SANDERS (US) LLP

By:   */s/ Joseph A. Meckes*
              Joseph A. Meckes

Attorneys for Plaintiff
BREVILLE PTY LIMITED AND
BREVILLE USA, INC.

Dated: July 23, 2012

By:   */s/ Jeffrey P. Widman*
              Jeffrey P. Widman

Attorneys for Defendants
STOREBOUND LLC

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 1 -

[PROPOSED] ORDER GRANTING
STIPULATION FOR CONTINUANCE OF CMC
Case No. CV 12-1783 JSW

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, and good cause appearing, the Court hereby grants the parties' Stipulation to Continue the Case Management Conference from August 3, 2012 at 1:30 p.m. to August 31, 2012. at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 24, 2012

_____
Judge Jeffrey S. White

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 2 -

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
Case No. CV 12-1783 JSW