SQUIRE SANDERS (US) LLP
Nathan Lane, III (State Bar # 50961)
 Email: nathan.lane@squiresanders.com
Joseph Meckes (Stat Bar # 190279)
 Email: joseph.meckes@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Plaintiff
Breville Pty Limited and Breville USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STOREBOUND LLC, a New York limited liability company,<br><br>　　　　　　Defendant. | Case No. CV-12-01783 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING FIRST AMENDED COMPLAINT**<br><br>**Federal Rule of Civil Procedure 15(a)(2)** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

STIPULATION AND PROPOSED ORDER
RE FIRST AMENDED COMPLAINT
Case No. CV-12-1783 JSW

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedures, defendant Storebound, LLC consents, and the parties stipulate, to plaintiffs Breville Pty Limited and Breville USA, Inc. filing a First Amended Complaint in the form attached hereto as Exhibit A.

Dated: September 19, 2012    SQUIRE SANDERS (US) LLP

By: */s/ Joseph A. Meckes*
Joseph A. Meckes

Attorneys for Plaintiff
BREVILLE PTY LIMITED AND
BREVILLE USA, INC.

LAW OFFICES OF JEFFREY P. WIDMAN

Dated: September 19, 2012    By: */s/ Jeffrey P. Widman*
Jeffrey P. Widman

Attorneys for Defendant
STOREBOUND LLC

Pursuant to the Parties' Stipulation, it is SO ORDERED.

Dated: September 20, 2012

_____
United States District Judge

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

STIPULATION AND ~~PROPOSED~~ ORDER
RE FIRST AMENDED COMPLAINT
Case No. CV-12-1783 JSW