1   SQUIRE SANDERS (US) LLP
    Nathan Lane, III (State Bar # 50961)
2     Email:  nathan.lane@squiresanders.com
    Joseph Meckes (Stat Bar # 190279)
3     Email:  joseph.meckes@squiresanders.com
    275 Battery Street, Suite 2600
4   San Francisco, CA  94111
    Telephone:   +1 415 954 0200
5   Facsimile:    +1 415 393 9887

6   Attorneys for Plaintiff
    Breville Pty Limited and Breville USA, Inc.
7
    LAW OFFICES OF JEFFREY P. WIDMAN
8   Jeffrey P. Widman (State Bar # 58628)
      Email: jpwidman@comcast.net
9   Timothy D. Widman (State Bar # 189182)
      E-mail: tdwidmanesq@comcast.net
10  101 Race Street, Suite 100
    San Jose, California 95126-3041
11  Telephone:   +1 408 288 6777
    Facsimile:    +1 408 288 7668
12
13  Glen M. Diehl (*Pro Hac Vice*)
    DIEHL SERVILLA LLC
14  33 Wood Avenue South, Second Fl., Ste. 210
    Iselin, NJ  08830
15  Telephone:   +1 732 815 0404
16
17  Attorneys for Defendant Storebound LLC

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21  BREVILLE PTY LIMITED, an Australia        Case No.  CV-12-01783 JSW
    proprietary company, and BREVILLE
22  USA, INC., a California corporation,      **STIPULATION TO MODIFY THE CASE**
                                              **MANAGEMENT ORDER TO EXTEND**
23             Plaintiff/Counterdefendants,   **THE LOCAL PATENT RULE**
                                              **DISCLOSURE DEADLINES TO**
24      vs.                                   **FACILITATE MEDIATION; [PROPOSED]**
                                              **ORDER**
25  STOREBOUND LLC, a New York limited
    liability company,
26
               Defendant/Counterclaimant.
27

28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT DEADLINES
Case No. CV-12-1783 JSW

To facilitate the Parties' on-going settlement discussions arising out of a full-day mediation, the Parties hereby stipulate pursuant to Local Rules 7-12 and 16-2 to continue the dates set by the Court at the case management conference by (35) days.

Pursuant to the Court's Amended Case Management Order [Dkt. 31] and Notice Appointing Mediator [Dkt. 34], the parties participated in court-sponsored mediation before James Gilliland of Kilpatrick Townsend on November 27, 2012. The parties made substantial progress during the mediation and wish to continue to engage in meaningful discussions in an attempt to resolve their differences.

Certain deadlines under the Patent Local Rules are approaching. The parties believe that extending these deadlines will facilitate informal resolution of the dispute by permitting the parties to conserve resources. The parties accordingly stipulate and request that the Court modify the deadlines proposed by the parties in the joint case management statement [Dkt. 20] and adopted by the Court in the Amended Case Management Order [Dkt. 31] as follows:

| | | |
|---|---|---|
| P.R. 4-2 Exchange of Preliminary Claim Construction and Extrinsic Evidence | December 4, 2012 | January 8, 2013 |
| P.R. 4-3 Joint Claim Construction and Prehearing Statement | December 31, 2012 | February 4, 2013 |
| P.R. 4-4 Completion of Claim Construction Discovery | January 31, 2012 | March 7, 2013 |
| P.R. 4-5(a) Claim Construction Briefs – Opening Brief by the party asserting patent infringement | February 14, 2013 | March 21, 2013 |
| P.R. 4-5(b) Claim Construction Briefs – Responsive Brief by opposing party | February 28, 2013 | April 4, 2013 |
| P.R. 4-5(c) – Claim Construction Brief – Reply Brief by the party asserting patent infringement | March 7, 2013 | April 11, 2013 |
| File Amended, Final Joint Claim Construction Statement (Judge White Standing Order ¶6) | March 11, 2013 | April 15, 2013 |
| Technical Tutorial (Judge White Standing Order ¶7) | April 9, 2013 | TBD ~~– May 2013~~ |
| P.R. 4-6 Claim Construction Hearing | April 16, 2013 | TBD – ~~May 2013~~ |

As to the dates of the Technical Tutorial and Claim Construction Hearing, the Parties request that the Court reset the deadline by 35 days or such date that is otherwise convenient to the Court. If the Court were to continue the Technical Tutorial by 35 days, the date set would be May 14, 2013. If the Court were to continue the Claim Construction Hearing by 35 days, the date

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 1 -

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT DEADLINES
Case No. CV-12-1783 JSW

1  set would be May 21, 2013.

2  SO STIPULATED.

3

4  Dated:  November 30, 2012                     SQUIRE SANDERS (US) LLP

5                                                By: */s/ Joseph A. Meckes*
                                                       Joseph A. Meckes
6

7                                                Attorneys for Plaintiff
                                                 BREVILLE PTY LIMITED AND
8                                                BREVILLE USA, INC.

9  Dated:  November 30, 2012

10                                               By: */s/ Glen Diehl*
                                                        Glen Diehl
11

12                                               Attorneys for Defendant
                                                 STOREBOUND LLC

13

14                          **[PROPOSED]** ORDER

15         Having considered the Parties' stipulation, and good cause appearing, the Court hereby

16  grants the parties' Stipulation to Modify the Case Management Order to Extend the Local Patent

17  Rule Disclosure Deadlines.

18         The Claim Construction Tutorial shall be held on ___June 5___, 2013 at _1:30_ p.m.

19         The Claims Construction Hearing shall be held on ___June 12___, 2013 at _1:30_ p.m.

20         PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  Dated:     December 3, 2012           _____
                                          Judge Jeffrey S. White

23

24

25

26

27

28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT DEADLINES
Case No. CV-12-1783 JSW
- 2 -