SQUIRE SANDERS (US) LLP
Nathan Lane, III (State Bar # 50961)
  Email: nathan.lane@squiresanders.com
Joseph Meckes (Stat Bar # 190279)
  Email: joseph.meckes@squiresanders.com
Jeremy Dutra (admitted pro hac vice)
  Email: jeremy.dutra@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
Breville Pty Limited and Breville USA, Inc.

LAW OFFICES OF JEFFREY P. WIDMAN
Jeffrey P. Widman (State Bar #58628)
  Email: jpwidman@comcast.net
Timothy D. Widman (State Bar # 189182)
  Email: tdwidmanesq@comcast.net
101 Race Street, Suite 100
San Jose, CA  95126-3041
Telephone:    +1 408 288 6777
Facsimile:     +1 408 288 7668

GRAHAM CURTIN, P.A.
Glen Diehl (admitted pro hac vice)
gdiehl@grahamcurtin.com
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: +1 973 401 7138

Attorneys for Defendant
Storebound LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOREBOUND LLC, a New York limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV-12-01783 JST<br><br>The Honorable Jon S. Tigar<br>Courtroom 9<br><br>**STIPULATION TO MODIFY CLAIMS CONSTRUCTION BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>**Complaint Filed:  April 10, 2012** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION MODIFYING CLAIMS
CONSTRUCTION BRIEFING SCHEDULE
Case No.  CV-12-01783 JST

To accommodate the schedule of counsel for Breville, the parties have agreed, subject to Court approval, to postpone the briefing schedule on claims construction by one week.  Breville filed its Opening Claims Construction Statement on March 21, 2013, as previously ordered.  Storebound's Response Brief is currently due on April 4, 2013 and Breville's Reply Brief is due on April 11, 2013.   The Claims Construction Hearing is currently set for June 18, 2013 with a tutorial set for June 4, 2013.

The parties hereby stipulate and request that the Court permit the parties to postpone the briefing schedule by one week, such that Storebound's Response Brief will be due on April 11, 2013 and Breville's Reply Brief will be due on April 18, 2103.  This will not affect any other dates currently scheduled.

SO STIPULATED:

Dated:  March 22, 2013					SQUIRE SANDERS (US) LLP

							By:      /s/ Joseph A. Meckes
								Joseph A. Meckes

							Attorneys for Plaintiff
							BREVILLE PTY LIMITED AND
							BREVILLE USA, INC.

Dated:  March 22, 2013					GRAHAM CURTIN P.A.

							By:      /s/ Glen Diehl
								Glen Diehl

							Attorneys for Defendant
							STOREBOUND LLC

### [PROPOSED] ORDER

Having considered the Parties' stipulation, and good cause appearing, the Court hereby grants the parties' Stipulation.  Storebound's Claims Construction Response Brief is due on April 11, 2013 and Breville's Reply Brief is due on April 18, 2103.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 25, 2013
							_____
							Judge Jon S. Tigar

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION MODIFYING CLAIMS
CONSTRUCTION BRIEFING SCHEDULE
Case No.  CV-12-01783 JST