UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BREVILLE PTY LIMITED, et al., | |
|---|---|
| Plaintiffs, | Case No. 12-cv-01783-JST |
| v. | |
| STOREBOUND LLC, | **ORDER GRANTING STIPULATION AND MODIFYING BRIEFING SCHEDULE** |
| Defendant. | Re: Dkt. No. 64 |

Good cause appearing, the Court hereby grants the parties' stipulation. Storebound's Claims Construction Response Brief is now due on April 18, 2013, and Breville's Reply Brief is due on April 25, 2103.

**IT IS SO ORDERED**.

Dated: April 2, 2013

_____
JON S. TIGAR
United States District Judge