UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE PTY LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STOREBOUND LLC, <br><br> Defendant. | Case No. 12-cv-01783-JST <br><br> **ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 37, 54 & 57 |

Before the Court is Defendant's motion for leave to amend its invalidity contentions, as well as Plaintiffs' motion to dismiss Defendant's counterclaims and strike one of Defendant's affirmative defenses. Dkt. No. 37 & 54. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matters suitable for disposition without oral argument. The hearing on these motions, currently scheduled for April 11, 2013, is hereby VACATED.

However, if any party advises the Court in writing by no later than three days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Any such notice should reflect the date or dates on which the parties are available for the hearing.

//

//

//

//

//

1  After reviewing the papers, the Court also concludes that it will be more convenient for the
2  parties and the Court to conduct a case management conference after the Court has ruled on the
3  pending motions.  Accordingly, the case management conference, currently also scheduled for
4  April 11, is hereby CONTINUED until June 4, 2013 at 2:00 p.m., to coincide with the scheduled
5  technology tutorial.

6  **IT IS SO ORDERED**.

7  Dated: April 8, 2013

                                             JON S. TIGAR
                                             United States District Judge