SQUIRE SANDERS (US) LLP
Nathan Lane, III (State Bar # 50961)
  Email: nathan.lane@squiresanders.com
Joseph Meckes (Stat Bar # 190279)
  Email: joseph.meckes@squiresanders.com
Jeremy Dutra (admitted pro hac vice)
  Email: jeremy.dutra@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   +1 415 954 0200
Facsimile:   +1 415 393 9887

Attorneys for Plaintiff
Breville Pty Limited and Breville USA, Inc.

LAW OFFICES OF JEFFREY P. WIDMAN
Jeffrey P. Widman (State Bar #58628)
  Email: jpwidman@comcast.net
Timothy D. Widman (State Bar # 189182)
  Email: tdwidmanesq@comcast.net
101 Race Street, Suite 100
San Jose, CA  95126-3041
Telephone:    +1 408 288 6777
Facsimile:    +1 408 288 7668

GRAHAM CURTIN, P.A.
Glen Diehl (admitted pro hac vice)
gdiehl@grahamcurtin.com
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: +1 973 401 7138

Attorneys for Defendant
Storebound LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STOREBOUND LLC, a New York limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV-12-01783 JST<br><br>The Honorable Jon S. Tigar<br>Courtroom 9<br><br>**STIPULATION TO MODIFY CLAIMS CONSTRUCTION BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>**Complaint Filed:  April 10, 2012** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION MODIFYING CLAIMS
CONSTRUCTION BRIEFING SCHEDULE
Case No.  CV-12-01783 JST

On April 2, 2013, the Court granted the parties stipulation to postpone briefing on the claims construction by one week given the unexpected death of the father of defense lead counsel Glen Diehl. Because of an internal miscommunication, Breville's lead counsel now finds itself with a difficult scheduling conflict. Accordingly, the parties have agreed to extend the deadline for Breville to file its Claims Construction Reply brief by one week, i.e., May 2, 2013.

This is the third request to modify the briefing schedule. Breville filed its Opening Claims Construction Statement on March 21, 2013, as previously ordered. Pursuant to the above-referenced stipulation, Storebound filed its Claims Construction Response Brief on April 18, 2012. Breville's Reply Brief is currently due on April 25, 2013. The Claims Construction Hearing is currently set for June 18, 2013 with a tutorial set for June 4, 2013.

The parties hereby stipulate and request that the Court extend Breville's deadline to file its Reply Brief to May 2, 2103. This will not affect any other dates currently scheduled.

SO STIPULATED:

Dated: April 19, 2013                    SQUIRE SANDERS (US) LLP

                                         By:  */s/ Joseph A. Meckes*
                                              Joseph A. Meckes

                                         Attorneys for Plaintiff
                                         BREVILLE PTY LIMITED AND
                                         BREVILLE USA, INC.

Dated: April 19, 2013                    GRAHAM CURTIN P.A.

                                         By:  */s/ Glen Diehl*
                                              Glen Diehl

                                         Attorneys for Defendant
                                         STOREBOUND LLC

# [PROPOSED] ORDER

Having considered the Parties' stipulation, and good cause appearing, the Court hereby grants the parties' Stipulation. Breville's deadline to file its Reply Brief is extended to May 2, 2103. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 22, 2013

                                         Judge Jon S. Tigar

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

STIPULATION MODIFYING CLAIMS
CONSTRUCTION BRIEFING SCHEDULE
Case No. CV-12-01783 JST