SQUIRE SANDERS (US) LLP
Nathan Lane, III (State Bar # 50961)
  Email:  nathan.lane@squiresanders.com
Joseph Meckes (Stat Bar # 190279)
  Email:  joseph.meckes@squiresanders.com
Jeremy Dutra (admitted pro hac vice)
  Email:  jeremy.dutra@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
Breville Pty Limited and Breville USA, Inc.

| | |
|---|---|
| LAW OFFICES OF JEFFREY P. WIDMAN<br>Jeffrey P. Widman (State Bar #58628)<br>  Email:  jpwidman@comcast.net<br>Timothy D. Widman (State Bar # 189182)<br>  Email:  tdwidmanesq@comcast.net<br>101 Race Street, Suite 100<br>San Jose, CA  95126-3041<br>Telephone:     +1 408 288 6777<br>Facsimile:      +1 408 288 7668 | GRAHAM CURTIN, P.A.<br>Glen Diehl (admitted pro hac vice)<br>gdiehl@grahamcurtin.com<br>4 Headquarters Plaza<br>P.O. Box 1991<br>Morristown, NJ 07962-1991<br>Telephone: +1 973 401 7138<br><br>Attorneys for Defendant<br>Storebound LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVILLE PTY LIMITED, an Australia proprietary company, and BREVILLE USA, INC., a California Corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>STOREBOUND LLC, a New York limited liability company,<br><br>                     Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV-12-01783 JST<br><br>The Honorable Jon S. Tigar<br>Courtroom 9<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES; [~~PROPOSED~~] ORDER**<br><br> **Complaint Filed:  April 10, 2012** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION TO EXTEND SCHEDULING
ORDER DEADLINES; [~~PROPOSED~~] ORDER
Case No.  CV-12-01783 JST

1    WHEREAS, the Parties to this Action are currently engaged in settlement discussions and

2    are working on reducing the terms of a proposed settlement to writing;

3    WHEREAS, according to the Court's minute order (Dkt. 27) adopting the parties'

4    proposed case management schedule (Dkt 20), certain dates run from the date of entry of the

5    Court's Claims Construction ruling, which the Court entered on June 19, 2013;

6    WHEREAS, based on the Court's Scheduling Order upcoming deadlines are set forth in

7    the chart below;

8    WHEREAS, the Parties stipulate and agree to continue the below case management

9    deadlines (and any associated deadlines) by approximately two months to the proposed dates set

10   forth below in order to provide the Parties the time to continue negotiating and to document their

11   settlement agreement;

12   WHEREAS, the extensions requested below will not impact any other deadline already set

13   by the Court.

14   NOW, THEREFORE, the Parties stipulate that the Court postpone the deadlines of the

15   events as set forth in the below chart:

16

17
18

| Event | Due Date (after claims construction) | Current Deadline | Proposed Deadline |
|-------|-------------------------------------|------------------|-------------------|
| P.R. 3-7 Advice of Counsel | 50 days | Aug. 8, 2013 | **Oct. 7, 2013** |
| Close of fact discovery | 60 days | Aug. 18, 2013 | **Oct. 18, 2013** |
| Designation of Experts and exchange of expert reports for party with burden of proof | 90 days | Sep. 17, 2013 | **Nov. 18, 2013** |
| Exchange rebuttal expert reports | 120 days | Oct. 17, 2013 | **Dec. 16, 2013** |
| Close of expert discovery | 150 days | Nov. 17, 2013 | **Jan. 31, 2014** |

24   / / /

25   / / /

26   / / /

27   / / /

28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

-1-

STIPULATION TO EXTEND SCHEDULING ORDER
DEADLINES; [PROPOSED] ORDER
Case No.  CV-12-01783 JST

1  SO STIPULATED:

2  Dated: July 12, 2013                    SQUIRE SANDERS (US) LLP

3                                          By:  _/s/ Joseph A. Meckes_____
                                                  Joseph A. Meckes

4                                          Attorneys for Plaintiff
5                                          BREVILLE PTY LIMITED AND
                                           BREVILLE USA, INC.

6

7  Dated: July 12, 2013                    GRAHAM CURTIN P.A.

8                                          By:  _/s/ Glen Diehl_____
                                                  Glen Diehl
9
                                           Attorneys for Defendant
10                                         STOREBOUND LLC

11

12                    [~~PROPOSED~~] ORDER

13         Having considered the Parties' stipulation, and good cause appearing, the Court hereby

14  grants the parties' Stipulation.

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED: _____July 15_____, 2013       _____
19                                         Hon. Jon S. Tigar
                                           United States District Judge
20

21

22

23

24

25

26

27

28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

-2-

STIPULATION TO EXTEND SCHEDULING ORDER
DEADLINES; [~~PROPOSED~~] ORDER
Case No. CV-12-01783 JST